**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2403**

In re: DANIEL ANTHONY WEYMOUTH,

Petitioner.

On Petition for Writ of Mandamus.
(2:03-cr-00082-JBF-FBS-1)

Submitted:  March 29, 2012          Decided:  April 2, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Daniel Anthony Weymouth, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Anthony Weymouth petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his petition for transfer of supervised release. Weymouth filed a petition for transfer of his supervised release on July 5, 2011. The next day, the district court filed an order informing Weymouth that his petition was deficient and that he had thirty days to cure the deficiency or his petition would be struck from the record. Weymouth filed another petition on July 20, 2011, but there has been no further action by the district court. Weymouth seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED